IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIAM HOWARD SILLS,

    Plaintiff,

v.

    Civil Action 2:15-cv-02908
    Chief Judge Edmund A. Sargus, Jr.
    Magistrate Judge Elizabeth P. Deavers

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

The parties' petition and Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, requesting an award to Plaintiff of attorney's fees and expenses in the amount of $4,500.00 is **GRANTED**. (ECF No. 24) Accordingly, Plaintiff is **AWARDED** attorney's fees, expenses, and costs in the amount of **$4,500.00**, payable to Plaintiff. If Plaintiff does not owe a debt to the United States, the Government should honor an assignment of Plaintiff's EAJA fees to his counsel.

    **IT IS SO ORDERED.**

_7-24-2017_
DATE

_/s/ Edmund A. Sargus, Jr._
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT CHIEF JUDGE